O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-9260 AHM (CWx) | Date | December 15, 2010 |
|---|---|---|---|
| Title | JANICE GILLINS v. U.S. BANK NATIONAL ASSOCIATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On December 2, 2010, Defendant U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A., removed this action on the basis of federal question jurisdiction under 28 U.S.C. § 1441(a).

On December 7, 2010, the Court ordered Defendant to show cause in writing by not later than December 14, 2010 why this action should not be remanded for lack of removal jurisdiction.  The Court warned Defendant that failure to respond on or before that date would be construed as consent to remand.

Defendant has failed to respond to the Court's order to show cause.  Accordingly, the Court remands the case to Los Angeles County Superior Court.  The Clerk is directed to transmit the file accordingly.

**JS-6**

                                                                    :
                                        Initials of Preparer          SMO